**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02397-REB-KMT

KRISTINE L. BENSLER, a Colorado resident,
ANN H. NOYES, and
HAROLD A. NOYES, Colorado residents, each in their individual capacity,

    Plaintiffs,
v.

TRAILHEAD LODGE AT WILDHORSE MEADOWS, LLC, a Colorado limited liability company, and
RP STEAMBOAT SPRINGS, LLC, a Delaware limited liability company,

    Defendants.

## ORDER

**Blackburn, J.**

    The matter before me is the **Stipulation to Strike Jury Trial** [#21] filed January 18, 2010.  After careful review of the stipulation and the file,

    **IT IS ORDERED** as follows:

    1.  That the **Stipulation to Strike Jury Trial** [#21] filed January 18, 2010, is **APPROVED**;

    2.  That the jury trial is **CONVERTED** to a trial to the court; and

    3.  That the extant **Trial Preparation Conference Order** [#20] entered January 6, 2010, is **MODIFIED** accordingly.

    Dated January 20, 2010, at Denver, Colorado.

                                BY THE COURT:

                                */s/ Robert E. Blackburn*
                                Robert E. Blackburn
                                United States District Judge